# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2020

## NO. 03-20-00019-CV

**Emmanuel John, d/b/a Americo Express, Appellant**

**v.**

**RLJ Equities, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on October 29, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.